```
David S. Gingras, #021097
Gingras Law Office, PLLC
4802 E. Ray Road, #23-271
Phoenix, AZ 85044
Tel.: (480) 264-1400
Fax: (480) 248-3196
David@GingrasLaw.com

Attorney for Plaintiff
KC Turbos, LLC
```

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| KC Turbos, LLC, an Arizona limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Turbo Charger Systems, Inc., an Oregon corporation; Kent R. Barnes, Jr., and Jane Doe Barnes, husband and wife,<br><br>Defendants. | Case No. 24-cv-00235-MTM<br><br>**AFFIDAVIT OF DAVID S. GINGRAS RE: ALTERNATIVE SERVICE ON DEFENDANT TURBO CHARGER SYSTEMS, INC.** |

I, David S. Gingras hereby declare as follows:

1. My name is David S. Gingras. I am a United States citizen, a resident of the State of Arizona, am over the age of 18 years, and if called to testify in court or other proceeding I could and would give the following testimony which is based upon my own personal knowledge.

2. I am an attorney licensed to practice law in the States of Arizona and California, I am an active member in good standing with the State Bars of Arizona and California and I am admitted to practice and in good standing with the United States Court of Appeals for the Sixth, Ninth and Tenth Circuits, the United States District Court for the District of Arizona and the United States District Courts for the Northern, Central, and Eastern Districts of California.

3. I represent the Plaintiff in this matter, KC Turbos, LLC. This action involves claims of Lanham Act False Advertising against Defendants Turbo Charger Systems, Inc. ("TCSI") and its principal, Kent R. Barnes, Jr. ("Barnes").

4. Based on my knowledge and understanding, Defendant TCSI is a corporation formed and existing under the laws of the State of Oregon, with its principal place of business located in Oregon. It is also my understanding that Mr. Barnes is a resident of the State of Oregon.

5. I am making this affidavit for the purpose of complying with Oregon Revised Statute (ORS) § 60.121(3).

6. Shortly after this matter was commenced, in February 2024 I sent a copy of the Complaint and Summons to a process server in Oregon for service on both Mr. Barnes and on TCSI's statutory agent.

7. According to the records of the Oregon Secretary of State, Mr. Barnes was (and still is) TCSI's agent for service of process. Below is a screenshot I prepared on the date of this affidavit showing information provided by the Oregon Secretary of State for TCSI's statutory agent with an address in Scappoose, Oregon:

| Registry Nbr | Entity Type | Entity Status | Jurisdiction | Registry Date | Next Renewal Date | Renewal Due? |
|---|---|---|---|---|---|---|
| 660849-80 | DBC | ACT | OREGON | 11-12-1998 | 11-12-2024 | |

Entity Name: TURBO CHARGER SYSTEMS INC.
Foreign Name:

Associated Names

| Type | PPB | PRINCIPAL PLACE OF BUSINESS | | |
|---|---|---|---|---|
| Addr 1 | 52130 SW EGGLESTON LN | | | |
| Addr 2 | | | | |
| CSZ | SCAPPOOSE | OR | 97056 | Country UNITED STATES OF AMERICA |

Please click here for general information about registered agents and service of process.

| Type | AGT | REGISTERED AGENT | | Start Date | 09-22-2022 | Resign Date | |
|---|---|---|---|---|---|---|---|
| Name | KENT | R | BARNES | JR | | | |
| Addr 1 | 52130 SW EGGLESTON LN | | | | | | |
| Addr 2 | | | | | | | |
| CSZ | SCAPPOOSE | OR | 97056 | | Country | UNITED STATES OF AMERICA | |

8. According to the process server, she made at least three separate attempts to complete service on TCSI at the address listed on file with the Oregon Secretary of State for Mr. Barnes. All those efforts were unsuccessful. Attached hereto as <u>Exhibit A</u> is the declaration of non-service I received from the process server, Ms. Frazier.

9. After initial attempts to serve Mr. Barnes were unsuccessful, I requested Ms. Frazier to perform a "skip trace" in an attempt to locate a better address for Mr. Barnes than the one he provided to the Oregon Secretary of State. Unfortunately, Ms. Frazier was not able to locate any other newer/better addresses for Mr. Barnes.

10. Because I was not able to serve Mr. Barnes (on behalf of TCSI) with reasonable diligence, I have instead served TCSI in the manner provided by Oregon law, specifically O.R.S. § 60.121 which provides in relevant part:

> (2) The Secretary of State shall be an agent of a corporation … upon whom any such process, notice or demand may be served whenever the corporation fails to appoint or maintain a registered agent in this state or whenever the corporation's registered agent cannot with reasonable diligence be found at the registered office.
>
> (3) Service shall be made on the Secretary of State by:
>
> (a) Serving the Secretary of State or a clerk on duty at the office a copy of the process, notice or demand, with any papers required by law to be delivered in connection with the service, and the required fee for each party being served or by mailing to the office a copy of the process, notice or demand and the required fee for each party being served by certified or registered mail;
>
> (b) Transmittal by the person instituting the proceedings of notice of the service on the Secretary of State and copy of the process, notice or demand and accompanying papers to the corporation being served by certified or registered mail:
>
> (A) At the last registered office of the corporation as shown by the records on file in the office of the Secretary of State; and
> (B) At such address the use of which the person initiating the proceedings knows or, on the basis of reasonable inquiry, has reason to believe is most likely to result in actual notice; and
> (C) Filing with the appropriate court or other body, as part of the return of service, the return receipt of mailing and an affidavit of the person initiating the proceedings stating that this section has been complied with.

11. As required by O.R.S. § 60.121, on March 4, 2024, I transmitted, by USPS Certified Mail, copies of the Complaint and Summons in this matter to Mr. Barnes, on behalf of TCSI, at the last registered address he maintained with the Oregon Secretary of State: 52130 SW Eggleston Lane, Scappoose, OR 97056. On that same date, I also transmitted, by USPS Certified Mail, a copy of the Complaint, Summons and the required $20 fee to the Oregon Secretary of State.

12. As required by O.R.S. § 60.121(3)(b)(C), attached hereto as <u>Exhibit B</u> are copies of the registered mail receipts for the mailings referenced in ¶ 11 above.

13. Based on the foregoing, service on Defendant TCSI was completed pursuant to O.R.S. § 60.121 on March 4, 2024.

Pursuant to 28 U.S.C. § 1746 I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED ON: March 18, 2024.

By _____
David S. Gingras

GINGRAS LAW OFFICE, PLLC
4802 E. RAY ROAD, #23-271
PHOENIX, AZ 85044

# Exhibit A

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    2:24-CV-00235-MTM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for   **Turbo Charger Systems, Inc.**
was recieved by me on  **2/06/2024:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

☒    I returned the summons unexecuted because **Other** after attempting service at **52130 SW Eggleston Ln, Scappoose, OR 97056**; or

☐   Other *(specify)*


My fees are $ 0 for travel and **$ 137.50** for services, for a total of **$ 137.50**.

I declare under penalty of perjury that this information is true.

Date:   02/16/2024

*Server's signature*

**Debi Chandler Frazier**
*Printed name and title*

**391 N 1st St
Saint Helens, OR 97051**

*Server's address*

Additional information regarding attempted service, etc:

**2/8/2024 12:15 PM: I was unable to access the address due to private gate/fence although I waited and honked horn. No access to house
2/10/2024 12:01 PM: I was unable to access the address due to secured building although I waited, asked neighbors and honked horn.
2/14/2024 9:27 AM: I was unable to access the address due to private gate/fence although I waited.  #898JHF**



Tracking #:  **0124920584**



# Exhibit B

