# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KC Turbos, LLC, | No. CV-24-00235-PHX-MTM |
| Plaintiff, | **ORDER SETTING RULE 16 CASE MANAGEMENT CONFERENCE** |
| v. | |
| Turbo Charger Systems, et al., | |
| Defendants. | |

    The Court sets a Case Management Conference date for May 20, 2025 at 11:00 AM, Arizona time in Courtroom 304, Sandra Day O'Connor U.S. Courthouse, 401 W. Washington Street, Phoenix, Arizona 85003. Counsel responsible for trial of the lawsuit for each party shall be present at the Case Management Conference and shall have the authority to enter into any stipulations regarding matters discussed at the Case Management Conference.

    The parties shall, no later than May 13, 2025, file a report as required by Rule 26(f) of the Federal Rules of Civil Procedure. The Rule 26(f) report shall include the following information in separately identifiable subdivisions:

    **1.**    **Attendance:** The parties who attended the Rule 26(f) meeting and assisted in developing the joint submissions;

    **2.**    **Service:** Any parties that have not been served in this action, and a brief explanation of why those parties have yet to be served;

    **3.**    **Statement of the Case:** The parties shall each provide a brief description –

not to exceed a page and a half per party – of the principal factual and legal disputes in this matter, as well as the parties' respective positions on each issue;

  **4.**  **Jurisdiction:** The jurisdictional basis for this action, with citations to specific statutes. The parties shall also disclose the citizenship of each party as well as the amount in controversy.

  **5.**  **Additions and Amendments:** Whether any party anticipates adding additional parties to the case or otherwise amending the pleadings, as well as an estimation of when a party will seek to amend the pleadings;

  **6.**  **Forthcoming Motions:** A list of contemplated motions and a statement of issues to be decided by said motions;

  **7.**  **Related Cases:** Any actions, if any, related to this case that are currently pending before other courts, or other judges within the District of Arizona;

  **8.**  **Discovery Limitations:** Any proposed deviations from the limitations in discovery established by the Federal Rules of Civil Procedure, and an explanation as to why such changes are necessary and proportional to the needs of this case;

  **9.**  **Electronically Stored Information:** Any issues relating to preservation, disclosure, or discovery of electronically stored information, including the parties' preservation of electronically stored information and the form or forms in which it will be produced;

  **10.**  **Request for Jury Trial:** Whether a jury trial has been requested and whether the request for a jury trial is contested. If the request for a jury trial is contested, the parties shall set forth the reasons why a trial by jury is in dispute;

  **11.**  **Trial:** The estimated date this matter will be ready for trial, as well as an estimation as to the length of the trial;

  **12.**  **Case Management Deadlines:** A proposed list of case management deadlines, including deadlines for the following;

    A.  Mandatory initial disclosures;

    B.  Motions to amend the pleadings;

       C.       Service of discovery requests

       D.       Fact witness depositions

       E.       Close of fact discovery;

       F.       Expert witness disclosures;

       G.       Expert witness depositions;

       H.       Discovery-related motions;

       I.       Good-faith settlement discussions;

       J.       Dispositive motions;

**13.** **Ancillary Matters:** Any other issues the parties believe should be brought to the Court's attention, or that were unable to be resolved at the Rule 26(f) meeting.

If, after receipt of the parties' case management report, the Court determines there are no outstanding issues necessitating a Case Management Conference, and if the parties' proposed deadlines are reasonable, the Court may vacate the Case Management Conference and issue a Case Management Order.

Dated this 28th day of March, 2025.

_____
Honorable Michael T. Morrissey
United States Magistrate Judge