# IN THE UNITED STATED DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KC Turbos, LLC, an Arizona limited liability company,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>Turbo Charger Systems, Inc., an Oregon corporation; Kent R. Barnes, Jr., and Jane Doe Barnes, husband and wife,<br><br>　　　　　　　　Defendants. | No. CV 24-00235-PHX-MHB<br><br>**ORDER** |

　　　The Court's own review of the record reveals that although Defendants Turbo Charger Systems, Inc., and Kent Barnes, Jr., have been served and answered the Complaint, Defendant Jane Doe Barnes has not been served. Under Rule 4(m) of the Federal Rules of Civil Procedure, the plaintiff must serve a defendant with a summons and a copy of the complaint "within 90 days after the complaint is filed." Fed. R. Civ. P. 4(m). If the plaintiff fails to do so, the court must either dismiss the complaint without prejudice against that defendant or order that service be made within a specified time. *Id.*

　　　Accordingly, Plaintiff has 10 days from the date of this Order to show cause why this action should not be dismissed as to Defendant Jane Doe Barnes.

\\\
\\\
\\\
\\\
\\\

IT IS ORDERED that no later than 10 days from the date of this Order, Plaintiff shall show cause why this matter should not be dismissed as to Defendant Jane Doe Barnes for failure to serve pursuant to Fed.R.Civ.P. 4(m).

Dated this 28th day of March, 2025.

*Michael T. Morrissey*
Honorable Michael T. Morrissey
United States Magistrate Judge