David S. Gingras, #021097
**Gingras Law Office, PLLC**
4802 E. Ray Road, #23-271
Phoenix, AZ 85044
Tel.: (480) 264-1400
Fax: (480) 248-3196
David@GingrasLaw.com

Attorney for Plaintiff
KC Turbos, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| KC Turbos, LLC, an Arizona limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Turbo Charger Systems, Inc., *et al.*,<br><br>Defendants. | Case No. 24-CV-235-MTM<br><br>**NOTICE OF WITHDRAWAL OF PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT AND REQUEST TO SET ASIDE ENTRY OF DEFAULT** |

On August 29, 2024, Plaintiff KC Turbos, LLC ("KC Turbos" or "Plaintiff") applied for entry of default as to Defendant Turbo Charger Systems, Inc. ("TCI"). *See* Doc. 18. Since then, the Clerk of Court has <u>not</u> entered the default of TCSI. On March 11, 2025, TSCI filed a responsive pleading. *See* Doc. 25 (Answer of TCSI).

Pursuant to the agreement of the Parties, Plaintiff agrees to withdraw its application for entry of default as to TCSI, and pursuant to Fed. R. Civ. P. 55(c), Plaintiff agrees good cause exists to set aside the clerk's entry of default, if any, as to TSCI.

DATED: August 12, 2025.

**GINGRAS LAW OFFICE, PLLC**

David S. Gingras, Esq.
**Gingras Law Office, PLLC**
4802 E. Ray Road, #23-271
Phoenix, AZ 85044
Tel.: (480) 264-1400
David@GingrasLaw.com
Attorney for Plaintiff
KC Turbos, LLC