# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| KC Turbos, LLC, an Arizona limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Turbo Charger Systems, Inc., et. al.,<br><br>Defendants. | Case No. CV-24-0235-PHX-MTM<br><br>**ORDER** |
|---|---|

The Court having reviewed the Stipulation and Motion to Amend Case Management Order (Doc. 50), and good cause appearing,

**IT IS ORDERED** the Stipulation is GRANTED (Doc. 50).

**IT IS FURTHER ORDERED** that the dates set forth in the Case Management Order (Doc. 41) are modified as follows:

| Item | Current Date | New Deadline |
|---|---|---|
| Completion of Fact Discovery | October 22, 2025 | January 20, 2026 |
| Service of Interrogatories, Requests for Production, Requests for Admission | September 1, 2025 | December 1, 2025 |
| Plaintiff's Expert Disclosures | September 15, 2025 | December 15, 2025 |
| Defendants' Expert Disclosures | September 22, 2025 | December 22, 2025 |
| Expert Depositions Completed | October 30, 2025 | January 28, 2026 |
| Discovery Motions | October 22, 2025 | January 20, 2026 |
| Completion of Settlement Talks | October 30, 2025 | No Change |
| Dispositive Motions | December 1, 2025 | March 2, 2026 |

Dated this 18th day of August, 2025.

_____
Honorable Michael T. Morrissey
United States Magistrate Judge