**UDALL | SHUMWAY**
COUNSELORS AT LAW SINCE 1965

1138 North Alma School Road, Suite 101
Mesa, Arizona 85201
Telephone: 480.461.5300 | Fax: 480.833.9392

Joel E. Sannes (015999)
jes@udallshumway.com
David N. Ferrucci (027423)
dnf@udallshumway.com
docket@udallshumway.com
*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| KC Turbos, LLC, an Arizona limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>Turbo Charger Systems, Inc. an Oregon corporation; Kent R. Barnes, Jr. and Jane Doe Barnes, husband and wife,<br><br>    Defendants. | Case No. 2:24-cv-00235-MTM<br><br>**NOTICE OF APPEARANCE ON BEHALF OF KC TURBOS, LLC** |

Notice is hereby given of the appearance of Joel E. Sannes and David N. Ferrucci of the law firm of Udall Shumway PLC as attorneys of record on behalf of Plaintiff KC Turbos, LLC. Please transmit all correspondence and documents to Udall Shumway PLC at the following address:

Joel E. Sannes
David N. Ferrucci
Udall Shumway PLC
1138 N. Alma School Road, Suite 101
Mesa, AZ 85201
jes@udallshumway.com
dnf@udallshumway.com
docket@udallshumway.com

RESPECTFULLY SUBMITTED this 26th day of August, 2025.

UDALL SHUMWAY PLC

/s/ David N. Ferrucci
Joel E. Sannes
David N. Ferrucci
1138 North Alma School Road, Suite 101
Mesa, AZ  85201
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2025, I electronically filed the attached document using EFC for filing and transmitted the document through ECF to:

Carlotta K. Turman
Eden G. Cohen
1400 E. Southern Avenue, Suite 400
Tempe, AZ  85282-5691
Carlotta.Turman@chdblaw.com
Eden.Cohen@chdblaw.com
minuteentries@CHDBLaw.com
*Attorneys for Defendants Turbo Charger Systems, Inc. and Kent R. Barnes*

David Gingras
Gingras Law Office, PLLC
4802 E. Ray Road, #23-271
Phoenix, AZ  85044
Attorneys for Plaintiff
David@Gingraslaw.com


/s/ Kimberly Kershner

12034141.1/123273-2

2