**MAGISTRATE JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**
**CIVIL MINUTES - GENERAL**

Date: **September 26, 2025**

Civil Case Number: **2:24-cv-235-MTM**

Title: **KC Turbos LLC v. Turbo Charger Systems Incorporated**

Present:              Hon. Bruce G. Macdonald

Magistrate Courtroom Clerk:  <u>    N/A    </u>          Court Reporter:  <u>    N/A    </u>

Attorneys for Plaintiff:    <u>David Ferrucci, Esq.; David Gingras, Esq.</u>

Attorneys for Defendants:  <u>Carlotta Turman, Esq.; Eden Cohen, Esq.</u>

PROCEEDINGS:        __ Open Court    <u>X</u>  Chambers     __ Other

**SETTLEMENT CONFERENCE**

A settlement conference was held before Magistrate Judge Macdonald. The parties have agreed to resolve their claims pending Magistrate Judge Morrissey's ruling on their forthcoming joint motion for permanent injunction. They will file a dismissal stipulation accordingly.

**SETTLEMENT CONFERENCE (3 hours, 40 minutes )**
**Conference Start Time:    9:00 a.m.**
**Conference End Time:    12:40 p.m.**